UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luis Quizhpi,<br><br>                                  Plaintiff,<br><br>-v-<br><br>212 Steakhouse, Inc., and<br>Nikolay Volper,<br><br>                                  Defendants. | Civil Action #: 18-cv-11710-JMF<br><br>**PROOF OF SERVICE (ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING AND SHOW CAUSE HEARING)** |

ABDUL K. HASSAN, an attorney duly admitted to practice before this court and a member of the Bar of the State of New York, states the following under penalty of perjury:

1. I am legal counsel to Plaintiff in the above-entitled action;

2. That on the 16th day of January 2019, I served the Court's within Order Scheduling Default Judgment Briefing and Show Cause Hearing on counsel for Defendants in the above-referenced action, Mitchell Segal, Esq. (msegal@segallegal.com) via e-mail and receipt of the same was confirmed.

3. I am over the age of 18 and not a party to this action.

Dated: Queens Village, New York
       January 21, 2019

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul K. Hassan
Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*
215-28 Hillside Avenue
Queens Village, NY 11427 - Tel: 718-740-1000 - Fax: 718-740-2000
Email: abdul@abdulhassan.com