# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                          Tel: 718-740-1000
Email: abdul@abdulhassan.com                        Fax: 718-740-2000
*Employment and Labor Lawyer*                     Web: www.abdulhassan.com

**March 21, 2019**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 1105
New York, NY 10007

<u>Re: Quizhpi v. 212 Steakhouse, Inc. et al.</u>
    Case No.  18-CV-11710 (JMF)(GWG)
    Motion to Adjourn Conference

Dear Judge Furman:

      My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a 30-day adjournment of the March 26, 2019 initial conference in this matter.  This request is being made because the parties have a settlement conference before the Magistrate-Judge scheduled for April 16, 2019. If the case is resolved, we will promptly notify the Court. No prior request for an extension of this deadline was made.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**